HENRY BRETT, JR. *v.* SUSAN BRETT

[No. 51, October Term, 1935.]

*Decided January 15th, 1936.*

The cause was argued before BOND, C. J., URNER, OFFUTT, PARKE, MITCHELL, SHEHAN, and JOHNSON, JJ.

*J. Philip Roman* and *Walter C. Capper,* for the appellant.

*William A. Gunter* and *Taylor Morrison,* with whom was *William A. Huster* on the brief, for the appellee.

MITCHELL, J., delivered the opinion of the Court.